UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DICKIE W. FORTNER and<br>LYNN FORTNER,<br><br>      Plaintiffs<br><br>   vs.<br><br>CLESTER SMITH and<br>FINANCIAL SERVICES<br>VEHICLE TRUST<br><br>      Defendants | )<br>)<br>)<br>)<br>)<br>)  CAUSE NO. 3:04-CV-227RM<br>)<br>)<br>)<br>)<br>)<br>) |

OPINION AND ORDER

On November 12, 2004, the plaintiffs moved the clerk for an entry of default against Financial Services Vehicle Trust and requested a hearing on damages. On May 5, 2005 the plaintiffs moved the court to withdraw the motion for a hearing on damages and to amend the complaint to add a defendant.

For good cause shown, the court GRANTS the motion to withdraw the motion for a hearing on damages and to amend the complaint to add a defendant [Doc. No. 41].

SO ORDERED.

ENTERED: <u>May 11, 2005</u>

                                  <u>/s/ Robert L. Miller, Jr.</u>
                                  Chief Judge
                                  United States District Court